UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division

FILED BY_____D.C.

05 JUL 22 PM 4:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES OF AMERICA

-vs-                                Case No. 1:05cr10046-003

CHRISTY WILLIAMS

# ORDER APPOINTING COUNSEL PURSUANT TO
# THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

## APPOINTMENT OF COUNSEL

• The Federal Public Defender is appointed as counsel for the Defendant.

## TYPE OF APPOINTMENT

• All purposes including trial and appeal

**DONE** and **ORDERED** in 111 South Highland, Jackson, TN, this 22nd day of July, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CR-10056 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT