# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                 No. 05-10056-T

MICHAEL CREWS,
FRANKIE MILLER, and
CHRISTY WILLIAMS,

    Defendants.

## ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant Christy Williams, with no objection from the government and for good cause shown, the report date which is currently scheduled for September 13, 2005, and the trial date which is currently scheduled for October 5, 2005, are hereby continued. Defense counsel will be unavailable because her son is scheduled to have surgery. Because of the unavailability of counsel, that motion is hereby granted. The court finds that the unavailability of defense counsel and the defendant's need for continuity of counsel justify this continuance and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Also, defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. Accordingly, the trial is continued from October 5, 2005, to October 11, 2005, at 9:30 A.M. The resulting period of delay, from October 5, 2005, to October 11, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for October 3, 2005, 8:30 a.m.

    IT IS SO ORDERED.

                                                JAMES D. TODD
                                                UNITED STATES DISTRICT JUDGE

                                                DATE 9 September 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 09-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:05-CR-10056 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

J. Colin Morris
MOSIER & MORRIS, P.A.
204 W. Baltimore
Jackson, TN 38302--162

Bob C. Hooper
LAW OFFICES OF DAVID CAMP, PLLC
250 N. Parkway
Ste. 29
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT