PS 8
(8/88)




# United States District Court
for
# Western District of Tennessee

**U.S.A. vs. Christy Williams** **Docket No. 05-10056-03**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Carolyn W. Moore PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable S. Thomas Anderson sitting in the court at Jackson, Tennessee, on the 26th day of July , 2005 under the following conditions:

1. Report to Pretrial Services as directed.
2. Refrain from possessing a firearm, destructive device, or other dangerous weapons.
3. Refrain from any use or unlawful possession of a narcotic drug or other controlled substance, unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner.
4. Submit to any method of testing required by the Pretrial Services office or the supervising officer for determining whether the defendant is using a prohibited substance.
5. Participate in a program of inpatient or outpatient substance abuse testing, education or treatment if deemed advisable by Pretrial Services and pay a percentage of the fee as determined by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

Christy Williams has missed two appointments with Pretrial Services. Additionally, she was arrested September 17, 2005 in Gibson County, Tennessee and charged with Chid Abuse/Neglect and Disorderly Conduct. The defendant was also taken into custody at the same time on an Attachment from the Milan Municipal Court for failure to appear or pay and contempt of Court.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the arrest of the defendant so that she can be brought before the Court to show cause as to why her bond should not be revoked.

ORDER OF COURT

Considered and ordered this 23rd day of September, 2005 and ordered files and made a part of the records in the above case.

James D. Todd
U.S. District Judge/Magistrate

Respectfully,

Carolyn W. Moore
U.S. Pretrial Services Officer-In-Charge

Place Jackson, Tennessee

Date September 2,3 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 09-26-05

45

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 1:05-CR-10056 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT