IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ D.C.
05 OCT -4 AM 11:29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | Cr. No. 0 5 - 1 0 0 5 6 - 0 3 - T |
| v. | ) | |
| | ) | |
| CHRISTY WILLIAMS, | ) | |
| Defendant. | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have CHRISTY WILLIAMS, now being detained in the Gibson County Jail, appear before the Honorable S. Thomas Anderson on October 6, 2005 at 9:15 a.m. for initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 4th day of October 2005.

*James W. Powell by Susan Thompson*
JAMES W. POWELL
Assistant U. S. Attorney

### ORDER

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Gibson County Sheriff:

**YOU ARE HEREBY COMMANDED** to have Christy Williams appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

ENTERED this _04th_ day of _October_ 2005.

*S. Thomas And___*
S. THOMAS ANDERSON
United States Magistrate Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-06-05_

(52)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 1:05-CR-10056 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT