# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

FILED BY ___ D.C.
05 OCT -4  AM 11: 29
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | Cr. No. 0 5 - 1 0 0 5 6 - 0 3 - T |
| v. ) | |
| ) | |
| CHRISTY WILLIAMS, ) | |
|     Defendant. ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have CHRISTY WILLIAMS, now being detained in the Gibson County Jail, appear before the Honorable S. Thomas Anderson on October 6, 2005 at 9:15 a.m. for initial appearance and for such other appearances as this Court may direct.

    Respectfully submitted this <u>4th</u> day of October 2005.

<i>James W. Powell by Susan Thompson</i><br>
JAMES W. POWELL<br>
Assistant U. S. Attorney

## ORDER

05 OCT -4  PM 1: 40
FILED BY ___ D.C.
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

    Upon consideration of the foregoing Application, David Jolley, U.S. Marshall, Western District of Tennessee, and Gibson County Sheriff:

    **YOU ARE HEREBY COMMANDED** to have Christy Williams appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

    **ENTERED** this <u>04th</u> day of <u>October</u> 2005.

<i>S. Thomas And___</i><br>
<b>S. THOMAS ANDERSON</b><br>
<b>United States Magistrate Judge</b>

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on <u>10-06-05</u>

(52)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 1:05-CR-10056 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT